[Crim. No. 111.    Second Appellate District.—November 9, 1908.]

Ex Parte O. M. WATTS, on Habeas Corpus.

HABEAS CORPUS—COMMITMENT WITHOUT DEPOSITION.—Where it appears that a defendant charged with crime by information was committed without the taking of any deposition by the magistrate as required by section 702 of the Penal Code, and nothing appearing from the record to warrant the issuance of the commitment, the defendant is entitled to be discharged upon *habeas corpus*.

PETITION for writ of *habeas corpus* to the sheriff of Los Angeles County.

The facts are stated in the opinion of the court.

David G. Taylor, for Petitioner.

J. D. Fredericks, District Attorney, and C. C. McComas, Assistant District Attorney, for Respondent.

THE COURT.—The district attorney, having recommended to the court that the prayer of the ·petition be granted, and the court upon an examination of the record being satisfied that no deposition as required by section 702 of the Penal Code was taken and filed by the magistrate, and, further, that nothing appearing from the record warranting the issuance of a commitment, it is ordered that the defendant be discharged.